**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Randy Jesus VALDIVIA, Petitioner**

**No. 637 MAL 2016**

Supreme Court of Pennsylvania.

02/01/2017

**ORDER**

PER CURIAM

**AND NOW,** this 1st day of February, 2017, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Whether, in a case of first impression, the Superior Court erred in holding that a reasonable person would have understood that their consent to a roadside search of their vehicle would encompass a canine sniff of all of the packages contained inside the vehicle, and that said consent was knowing, intelligent, and voluntary where the police officers withheld pertinent information about the forthcoming search from Petitioner, including that the canine search would not

start any sooner than an hour from when Petitioner's consent was given?

**Gerald DRUMMOND, Petitioner**

v.

**PHILADELPHIA COURT OF COMMON PLEAS PENNSYLVANIA, Respondent**

**No. 205 EM 2016**

Supreme Court of Pennsylvania.

February 2, 2017,

**ORDER**

PER CURIAM

**AND NOW,** this 2nd day of February, 2017, the Application for Leave to File Original Process and the Petition for Writ of Mandamus, to the extent it seeks to compel the Court of Common Pleas of Philadelphia County to adjudicate Petitioner's motion for appointment of counsel, are **GRANTED.** The Court of Common Pleas of Philadelphia County is **DIRECTED** to adjudicate the motion for appointment of counsel within 45 days.

The Application for Stay is **DISMISSED AS MOOT.**

The Prothonotary is **DIRECTED** to serve this order on the President Judge of the Court of Common Pleas of Philadelphia County.